UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
Trustees of the Teamsters Local 456 Pension,
Health & Welfare, Annuity, Education & Training, S.U.B.,
Industry Advancement and Legal Services Funds and the
Westchester Teamsters Local Union No. 456,

                        Index No. 08 CIV 5045 (KMK)

              Plaintiffs,       VOLUNTARY NOTICE
                                   OF DISMISSAL
    -and-

GORDO TRUCKING CORP.,

              Defendant.
-------------------------------------------------------------------x

        PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) plaintiffs, by the undersigned attorney of record, hereby voluntarily dismiss the above entitled action without prejudice.

Dated: August 25, 2008
       Elmsford, New York

                                      BARNES, IACCARINO, VIRGINIA,
                                      AMBINDER & SHEPHERD, PLLC

                                      Giacchino J. Russo, Esq. (GR8313)
                                      Attorney for Plaintiffs
                                      258 Saw Mill River Road
                                      Elmsford, New York 10523
                                      (914) 592-1515